IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14cr328-WHA |
| | ) | |
| **MODESTA BARAJAS DE CHAVEZ,** | ) | |
| **et al.,** | ) | |

**MOTION TO STRIKE FIREARMS FROM**
**FORFEITURE ALLEGATIONS OF THE SUPERSEDING INDICTMENT**

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney, Middle District of Alabama, and Kevin P. Davidson, Assistant United States Attorney, and hereby moves this Court to strike the firearms from the forfeiture allegations of the Superseding Indictment. All firearms were forfeited through the administrative process finalized on November 4, 2014.

A proposed Order is filed herewith.

Respectfully submitted this 8th day of January, 2015.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

/s/Kevin P. Davidson
KEVIN P. DAVIDSON
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail: Kevin.P.Davidson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Kevin P. Davidson**
KEVIN P. DAVIDSON
Assistant United States Attorney